ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
Alexander W. Samuels
Assistant U.S. Attorney
Arizona State Bar No. 028926
Dimitra H. Sampson
Arizona State Bar No. 019133
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Alexander.Samuels@usdoj.gov
Email: Dimitra.Sampson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Camille Lomaomvaya,<br><br>    Defendant. | NO. CR-17-08070-PCT-DLR<br><br>**INFORMATION**<br><br>VIO: 18 U.S.C. §§ 2119(3) and 2<br>(Carjacking Resulting in Death)<br>Count 1 |

THE UNITED STATES ATTORNEY CHARGES:

On or about May 27, 2016, in the District of Arizona, CAMILLE LOMAOMVAYA did with intent to cause death and serious bodily harm, take a motor vehicle, a Dodge Avenger, that had previously been shipped, transported, and received in interstate commerce, from Florine Talayumptewa, by force, violence and intimidation, and the death of Florine Talayumptewa resulted from said conduct.

In violation of Title 18, United States Code, Sections 2119(3) and 2.

Dated this 4th day of April, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/s/

ALEXANDER W. SAMUELS
DIMITRA H. SAMPSON
Assistant U.S. Attorneys

CC: AUSA/AFPD